JASON H. LEE (Cal. Bar No. 253140)
JASON M. BUSSEY (Cal. Bar No. 227185)
  busseyja@sec.gov
AUDREY PAK (Cal. Bar No. 299991)
  pakau@sec.gov
HANNAH CHO (Cal. Bar No. 342289)
  choha@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 26-cv-00917-CRB |
| Plaintiff, | |
| vs. | **CASE STATUS REPORT AND [PROPOSED] ORDER** |
| SATISH APPALAKUTTY, LORVEN FUNDS, and LORVEN ADVISORS LLC, | |
| Defendants, and | |
| VISTALYTICS INC., | |
| Relief Defendant. | |

Plaintiff Securities and Exchange Commission (the "Commission") provides the following case status report.

The Complaint was filed on January 29, 2026.

CASE STATUS REPORT
AND [PROPOSED] ORDER
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

On January 29, 2026, the Court set April 9, 2026 as the "Deadline to file ADR Certification" and April 23, 2026 as the "Deadline to make initial disclosures." Dkt. 3.

On February 9, 2026, the Court scheduled an Initial Case Management Conference for May 15, 2026 and set May 8, 2026 as the deadline for the parties to file a Joint Case Management Statement. Dkt. 9.

Service of the Complaint is still pending, as, since January 29, 2026, three potential sets of attorneys for Defendants (all of whom the Commission has asked to accept service) have indicated they were finalizing their respective retentions. Most recently, on April 8, 2026, counsel for the Commission spoke with Stephen Cochell of the Cochell Law Firm, who informed the Commission that he is in the process of being retained by Defendants.

As a result, the Commission has been unable to meet and confer with Defendants and execute an ADR certification by the April 9, 2026 deadline as ordered by the Court. The Commission has also been unable to meet and confer with defense counsel regarding the Joint Case Management Statement.

Consequently, and given the apparent imminent retention of defense counsel, the Commission respectfully requests that the Court: (1) vacate the Case Management Conference scheduled for May 15, 2026 as well as all associated deadlines (including the April 9, 2026 deadline to file an ADR Certification, the April 23, 2026 deadline to make initial disclosures, and the May 8, 2026 deadline to file a Joint Case Management Statement); and (2) order the parties (or the Commission, if Defendants remain unrepresented) to file a case status report no later than April 30, 2026 regarding the status of service and proposing a new date for the Initial Case Management Conference and all previously vacated deadlines.

Dated: April 9, 2026

Respectfully submitted,

 /s/ *Jason Bussey*
Jason Bussey
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

CASE STATUS REPORT
*SEC v. APPALAKUTTY ET AL.,*                    -2-
*CASE NO. 26-CV-00917*

## [~~PROPOSED~~] ORDER

The Case Management Conference scheduled for May 15, 2026 as well as all associated deadlines (including the April 9, 2026 deadline to file an ADR Certification, the April 23, 2026 deadline to make initial disclosures, and the May 8, 2026 deadline to file a Joint Case Management Statement) are vacated. The Parties (or the Commission, if Defendants remain unrepresented) shall file a case status report no later than April 30, 2026 regarding the status of service and proposing new dates for the Initial Case Management Conference and all previously vacated deadlines.

IT IS SO ORDERED.

Date: April __15__, 2026

_____
The Honorable Charles R. Breyer
United States District Judge

CASE STATUS REPORT
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

-3-