JASON H. LEE (Cal. Bar No. 253140)
JASON M. BUSSEY (Cal. Bar No. 227185)
 busseyja@sec.gov
AUDREY PAK (Cal. Bar No. 299991)
 pakau@sec.gov
HANNAH CHO (Cal. Bar No. 342289)
 choha@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 26-cv-00917-CRB |
| Plaintiff, | |
| vs. | **CASE STATUS REPORT AND** [~~PROPOSED~~] **ORDER** DENIED WITHOUT PREJUDICE |
| SATISH APPALAKUTTY, LORVEN FUNDS, and LORVEN ADVISORS LLC, | |
| Defendants, and | |
| VISTALYTICS INC., | |
| Relief Defendant. | |

CASE STATUS REPORT
AND [~~PROPOSED~~] ORDER
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

Pursuant to the Court's order of April 15, 2025 (Dkt. 16), the SEC provides the following case status report.

Attorney Stephen Cochell waived service of the summons on behalf of Defendants on April 14, 2026.  Counsel for the SEC met and conferred with Mr. Cochell on April 22, 2026 about the following case management dates and scheduling.  However, Mr. Cochell informed the SEC on April 28, 2026 that, although he was authorized to handle service on behalf of Defendants, he has not entered an appearance and is not in a position to authorize the filing of a joint status report. On April 29, 2026, the SEC therefore contacted Mr. Appalakutty by email in an effort to meet and confer about the dates set forth below. Mr. Appalakutty initially agreed and then declined the meeting, stating Defendants will be retaining Mr. Cochell by the end of this week.

The SEC accordingly proposes the following schedule.

| Case Management Event | Previous Deadline/Date | Proposed Deadline/Date |
| --- | --- | --- |
| Defendant's Answer to the Complaint | N/A | June 8, 2026 |
| Deadline to file ADR Certification | April 9, 2026 | May 22, 2026 |
| Deadline to Meet and Confer re: Initial Disclosures, early settlement, ADR process and Discovery Plan | April 9, 2026 | May 22, 2026 |
| Deadline to make initial disclosures | April 23, 2026 | June 5, 2026 |
| Deadline to file Joint Case Management Statement | April 23, 2026 | June 5, 2026 |
| Initial Case Management Conference | May 15, 2026 | June 12, 2026 |

CASE STATUS REPORT
AND [PROPOSED] ORDER
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

-2-

Dated: April 30, 2026                    Respectfully submitted,


                                         _/s/ Jason Bussey_____
                                         Jason Bussey
                                         Attorney for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION

CASE STATUS REPORT
AND [PROPOSED] ORDER
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

-3-

**[PROPOSED] ORDER**

The Court sets the Case Management Conference for June 12, 2026.  The deadline to file the Joint Case Management Statement and to make initial disclosures is June 5, 2026.  The deadline to meet and confer re: initial disclosures, early settlement, ADR process and discovery plan and to file ADR certification is May 22, 2026.  The Defendants' Answers to the Complaint are due on June 8, 2026.

Dated:  April 30, 2026



CASE STATUS REPORT
AND [PROPOSED] ORDER
*SEC v. APPALAKUTTY ET AL.,*
*CASE NO. 26-CV-00917*

-4-