NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

Attorney for Defendant
SATISH APPALAKUTTY
LORVEN FUNDS
LORVEN ADVISORS LLC
VISTALYTICS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SATISH APPALAKUTTY, LORVEN FUNDS, LORVEN ADVISORS LLC, VISTALYTICS INC.<br><br>        Defendants. | NO. 3:26-CV-00917-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

STIPULATION

Defendants Satish Appalakutty, Lorven Funds, Lorven Advisors LLC, and Relief Defendant Vistalytics Inc. (the "Defendants") and Plaintiff Securities and Exchange Commission (the "SEC") (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, the SEC filed a complaint in this action on January 29, 2026;

WHEREAS, Defendants have each waived service of the complaint, and each Defendant's response to the Complaint was due on June 8, 2026;

STIP & [~~PROPOSED~~] ORDER
No. 3:26-cv-00917-CRB                                1

WHEREAS, the Defendants were unable to finalize retention of prior counsel and, on June 9, 2026, retained Naomi Chung of Hickey & Chung, LLP as their attorney in this matter;

WHEREAS, Defendant Satish Appalakutty is also the subject of a parallel criminal proceeding, *United States v. Appalakutty*, Case No. 5:26-cr-00221-CRB, currently pending in this District, in which an arraignment hearing was held on June 16, 2026;

WHEREAS, newly retained counsel has requested additional time to review the Complaint, confer with her clients, and coordinate with the parallel criminal proceeding before responding to the Complaint;

WHEREAS, the SEC does not object to the requested additional time, which would allow the Defendants until July 23, 2026 to respond to the Complaint;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, pursuant to Civil Local Rule 6-1, that the date by which each Defendant may respond to the Complaint is enlarged to July 23, 2026.

STIPULATED AND AGREED TO BY:

Date: June 24, 2026                    Respectfully submitted,

                                       _____/s/_____
                                       NAOMI CHUNG
                                       Attorney for SATISH APPALAKUTTY,
                                       LORVEN FUNDS, LORVEN ADVISORS LLC,
                                       VISTALYTICS, INC.


                                        /s/ Audrey Pak
                                       AUDREY PAK
                                       HANNAH CHO
                                       Attorneys for Plaintiff
                                       Securities and Exchange Commission

STIP & [PROPOSED] ORDER
No. 3:26-cv-00917-CRB                    2

[~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the deadline for Defendants Satish Appalakutty, Lorven Funds, and Lorven Advisors LLC, and Relief Defendant Vistalytics Inc. to respond to the Complaint is extended to July 23, 2026.

IT IS SO ORDERED.

Date: June 25, 2026

_____
CHARLES R. BREYER
United States District Judge

STIP & [~~PROPOSED~~] ORDER
No. 3:26-cv-00917-CRB                    3