NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

Attorney for Defendant
SATISH APPALAKUTTY
LORVEN FUNDS
LORVEN ADVISORS LLC
VISTALYTICS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SATISH APPALAKUTTY, LORVEN FUNDS, LORVEN ADVISORS LLC, VISTALYTICS INC.<br><br>Defendants. | NO. 3:26-CV-00917-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

STIPULATION

Defendants Satish Appalakutty, Lorven Funds, Lorven Advisors LLC, and Relief Defendant Vistalytics Inc. (the "Defendants") and Plaintiff Securities and Exchange Commission (the "SEC") (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, the SEC filed a complaint in this action on January 29, 2026;

WHEREAS, Defendants have each waived service of the complaint, and each Defendant's response to the Complaint was due on June 8, 2026;

WHEREAS, on or about June 9, 2026, the Defendants retained Naomi Chung of Hickey & Chung, LLP as their attorney in this matter;

WHEREAS, on June 25, 2026, the Court granted the Parties' stipulation and extended the deadline for each Defendant to respond to the Complaint to July 23, 2026 (ECF 27);

WHEREAS, Defendant Satish Appalakutty is also the subject of a parallel criminal proceeding, *United States v. Appalakutty*, Case No. 5:26-cr-00221-CRB, currently pending in this District, in which he is scheduled to enter a change of plea on July 22, 2026;

WHEREAS, the Parties are engaged in ongoing settlement discussions that may resolve this action;

WHEREAS, in light of the parallel criminal proceedings and the Parties' ongoing settlement discussions, defense counsel has requested additional time to respond to the Complaint;

WHEREAS, the SEC does not object to the requested additional time, which would allow the Defendants until August 24, 2026 to respond to the Complaint;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, pursuant to Civil Local Rule 6-1, that the date by which each Defendant may respond to the Complaint is enlarged to August 24, 2026.

STIPULATED AND AGREED TO BY:

Date: July 15, 2026

Respectfully submitted,

/s/
NAOMI CHUNG
Attorney for SATISH APPALAKUTTY,
LORVEN FUNDS, LORVEN ADVISORS LLC,
VISTALYTICS, INC.

/s/ Audrey Pak
AUDREY PAK
HANNAH CHO
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

[~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the deadline for Defendants Satish Appalakutty, Lorven Funds, and Lorven Advisors LLC, and Relief Defendant Vistalytics Inc. to respond to the Complaint is extended to August 24, 2026.

IT IS SO ORDERED.

Date: July 17, 2026

CHARLES R. BREYER
United States District Judge